UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL HEFFERNAN,

    Plaintiff,

v.

No. 1:14-cv-00614 JAP/CG

CHANDER BHAG and
U.S. SHIPPING TRANS, INC.,
a foreign corporation,

    Defendants.

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendants move this Court to dismiss with prejudice all claims expressly or necessarily raised herein, or those which could have been raised herein. As grounds for this motion, the parties state to the Court that they have compromised and resolved all issues in dispute to the satisfaction of all parties.

HAMILTON LAW FIRM, P.C.

*/s/ Willis Hamilton*
*/s/ Mary C. Hamilton*

Mary C. Hamilton, *pro hac vice*
Willis J. Hamilton, *pro hac vice*
P.O. Box 188
606 Ontario Street
Storm Lake, Iowa 50588
Telephone: (712) 732-2842

and

David M. Fine
Charlotte L. Itoh
FINE LAW FIRM
220 Ninth Street NW
Albuquerque, New Mexico 87102
Telephone: (505) 243-4551

**Attorneys for Plaintiff**

McCOY LEAVITT LASKEY LLC

By */s/ H. Brook Laskey*

H. Brook Laskey
Stephanie K. Demers
1805 Rio Grande Blvd. NW, Suite 2
Albuquerque, New Mexico 87104
Telephone: (505) 246-0455

**Attorneys for Defendants**