UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHAEL HEFFERNAN,**

       **Plaintiff,**                                   No.  1:14-cv-00614 JAP/CG

**v.**

**CHANDER BHAG and**
**U.S. SHIPPING TRANS, INC.,**
a foreign corporation,

       **Defendants.**

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Stipulated Motion for Dismissal with Prejudice.  The Court, being advised that Plaintiff and Defendants have compromised and resolved all issues in dispute among themselves, and being otherwise fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Stipulated Motion for Dismissal with Prejudice be, and the same hereby is, granted, and all claims raised herein, as well as all claims that could have been raised herein, are hereby dismissed with prejudice.

_/s/ James A. Parker_
The Honorable James A. Parker
United States District Judge

APPROVED:

HAMILTON LAW FIRM, P.C.

*Approved 4/3/15*
Mary C. Hamilton, *pro hac vice*
Willis J. Hamilton, *pro hac vice*
P.O. Box 188
606 Ontario Street
Storm Lake, Iowa 50588
Telephone:  (712) 732-2842
mary@hamiltonlawfirmpc.com
willis@hamiltonlawfirmpc.com

and

David M. Fine
Charlotte L. Itoh
FINE LAW FIRM
220 Ninth Street NW
Albuquerque, New Mexico 87102
Telephone: (505) 243-4551
david@thefinelawfirm.com
charlotte@thefinelawfirm.com

**Attorneys for Plaintiff**


McCOY LEAVITT LASKEY LLC

**/s/ H. Brook Laskey**
H. Brook Laskey
Stephanie K. Demers
1805 Rio Grande Blvd. NW, Suite 2
Albuquerque, New Mexico 87104
Telephone: 505.246.0455
Facsimile:  505.246.0193

**Attorneys for Defendants**